JUDGE JONES

DOC # _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

11 CIV 7467

_Nicole T. White_

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

_Jaime Dimon_

_Office Address:_

_JPM Chase_

_270 Park Ave_

_New York NY 10017_

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

DOC # _____

COMPLAINT

Jury Trial: ☒ Yes   ☐ No
(check one)

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name _Nicole White_
Street Address _55 St. Andrews Dr_
County, City _Suffolk Huntington_
State & Zip Code _NY 11743_
Telephone Number _917 710 7845_

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Rev. 05/2010

Defendant No. 1   Name ___ONE DEFENDANT ONLY___
                  Street Address ___JAMIE DIMON___
                  County, City ___270 PARK AVE___
                  State & Zip Code ___NEW YORK NY 10017___
                  Telephone Number ___212 270 1111___

Defendant No. 2   Name _____
                  Street Address _____
                  County, City _____
                  State & Zip Code _____
                  Telephone Number _____

Defendant No. 3   Name _____
                  Street Address _____
                  County, City _____
                  State & Zip Code _____
                  Telephone Number _____

Defendant No. 4   Name _____
                  Street Address _____
                  County, City _____
                  State & Zip Code _____
                  Telephone Number _____

II.   **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

     ☑ Federal Questions          ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____
     _____
     _____

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

     Plaintiff(s) state(s) of citizenship _____
     Defendant(s) state(s) of citizenship _____
     _____

Rev. 05/2010

III. **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? DURING 1997

B. What date and approximate time did the events giving rise to your claim(s) occur? DURING 1996 & 1997

C. Facts:
1. JOHN CHAMBERS & BILL NUTI MET W/ JAMIE DIMON OF THEN CITIGROUP DURING 1997.
2. DIANE PEKMEZIAN HAD BOOKED ORDERS WITHOUT P.O. OR JUST WITH LETTER OF INTENT WITH MANAGEMENT APPROVAL.
3. IN JULY OF 1997 SHE BOOKED $5 MILLION IN ORDERS & DEBOOKED IN AUGUST
4. AS PART OF MY GENDER DISCRIMINATION SUIT I SUBMITTED EVIDENCE THAT INCRIMINATED JAMIE DIMON & HIS TEAM - FOR FRAUD & BAD BUSINESS PRACTICES AS CEO OF JPMC.
5. I WAS UNABLE TO GET A JOB FOR A YR. WHEN I GOT ONE, THE BETTER OF THE TWO WAS WITH A COMPANY JPMC HAD TAKEN PUBLIC - FORTINET.
6. FORTINET'S SPECIALTY IN TECHNOLOGY: NETWORK SECURITY, INCLUDING GOVERNMENTS & MARINE CORP.
7. I WAS ASSIGNED TO JPMC. YOU WOULD THINK, THEY WOULD BUY SOMETHING FROM FORTINET - NOT A THING!
8. I PUT MY SETTLEMENT AGREEMENT W/ CISCO IN JPMC'S SAFE DEPOSIT BOX. THE DATE I OPENED THE BOX WAS ALTERED AND MY AGREEMENT WAS REPLACED WITH A DIFFERENT VERSION.

IV. **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

I HAVE TRIED CONTACTING FBI, THE FBI AGENT DIDN'T GIVE HIS NAME WHEN HE SPOKE TO ME. EVIDENCE HAS BEEN STOLEN FROM MY HOME & MY PHONE & COMPUTER HAVE BEEN HACKED. IT'S VERY EASY FOR EITHER CISCO OR FORTINET TO DO THIS & COLLABORATE W/ JPMC, OR MY LOVED ONES

IF ANYTHING EVER HAPPENS TO ME: IDENTITY THEFT, DEATH, ACCIDENTAL DEATH, Robbery, doctors not this bank diagnosing something early enough, you're responsible or any other Bad Surgeries like you've done already.

Rev. 05/2010

**V.   Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

$500,000,000.00 in punitive & emotional damages.

Your honor let me begin by stating that I was just going about my business after my settlement with Cisco & looking to get a job. It was when I was repeatedly blackballed that I began to wonder. Also the signature on the document & the dates from the get go didn't match.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 21 day of October, 2011.

Signature of Plaintiff: Nicole White

Mailing Address: 55 St. Andrews Huntington NY 11743

Telephone Number: 917 710 7845

Fax Number (if you have one):

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this ____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number: _____

Rev. 05/2010